**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 08-8304**

DAVID BRIGHT,

             Plaintiff - Appellant,

        v.

PAUL O'FLAHERTY, Assistant Commissioner; R. MOATS, Case
Manager; N. ROUSE, Warden; STEWART NATHAN; DAVID P. KENNEDY;
MICHAEL O. DOYLE; GARY D. MAYNARD; J. MICHAEL STOUFFER,

             Defendants - Appellees.

Appeal from the United States District Court for the District of
Maryland, at Baltimore.  Roger W. Titus, District Judge.  (1:08-
cv-00699-RWT)

Submitted:  January 15, 2009        Decided:  January 26, 2009

Before MOTZ and SHEDD, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

Affirmed by unpublished per curiam opinion.

David Bright, Appellant Pro Se.  Phillip M. Pickus, OFFICE OF
THE ATTORNEY GENERAL OF MARYLAND, Baltimore, Maryland, for
Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

David Bright appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Bright v. O'Flaherty, No. 1:08-cv-00699-RWT (D. Md. Oct. 16, 2008). We further deny Bright's motions to remand and to appoint counsel. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED